**Abatement Order filed September 27, 2011.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-10-01244-CV**

_____

**CITY OF HOUSTON, Appellant**

**V.**

**CLAUDINE M. ANELLO, ET. AL., Appellees**

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2008-20504**

## A B A T E M E N T   O R D E R

On September 22, 2011, the parties notified this court that the parties are negotiating an agreement to settle the issues on appeal, and requested that the appeal be abated for completion of the negotiations. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until October 10, 2011. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive

motion.   The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM